

# Fourth Court of Appeals
## San Antonio, Texas

September 26, 2017

No. 04-16-00786-CV

Anthony **MOORE** and Joann Moore,
Appellants

v.

David **SUBIA**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2016CV04165
Honorable David J. Rodriguez, Judge Presiding

## ORDER

The Appellee's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellee's brief is this date GRANTED. Time is extended to October 20, 2017.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court

cc:
Joann Moore
P.O. Box 340096
San Antonio, TX 78234

Anthony Moore
P.O. Box 340096
San Antonio, TX 78234

Christopher John Deeves
Law Office of Christopher Deeves
1370 Pantheon Way, Suite 110
San Antonio, TX 78232

Kenneth E. Grubbs
Law Offices of Kenneth Grubbs
Woodcock Building, Suite C-120
4241 Woodcock Drive
San Antonio, TX 78228